UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jay Nolan Renobato, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. H-17-3904 |
| Bureau of the Fiscal Service, et al., | § § § | |
| Defendants. | § | |

## ORDER OF ADOPTION

On September 19, 2018, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (Dkt. 34). Plaintiff has filed objections (Dkt. 36). The objections are denied.

After due consideration of the entire record and the applicable law, the Court hereby ADOPTS the Memorandum and Recommendation as this Court's Memorandum and Order. It is therefore

ORDERED that defendant' motion to dismiss (Dkt. 21) is granted.

The court will issue a separate final judgment.

Signed at Houston, Texas this __10__ day of October 2018.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE