United States District Court
Southern District of Texas
**ENTERED**
October 11, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jay Nolan Renobato, | § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. H-17-3904 |
| Bureau of the Fiscal Service, et al., | § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

Plaintiff's claims are dismissed. Plaintiff shall take nothing on his claims against defendant.

Signed at Houston, Texas this _10_ day of October 2018.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE